Fill in this information to identify the case:

Debtor 1  Marco Antonio Henry

Debtor 2  Elizabeth Arraiz-Henry
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern__ District of __Michigan__
(State)

Case number  16-51736-mlo

## Official Form 410S1
# Notice of Mortgage Payment Change
12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See bankruptcy rule 3002.1

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

**Court claim no.** (if known): **11-1**

**Last four digits** of any number you use to identify the debtor's account:  **7665**

**Date of payment change:**
Must be at least 21 days after date of this notice    **11/1/2018**

**New total payment:**    **$1,963.65**
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☑ Yes

Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law.
Describe the basis for the change.  If a statement is not attached, explain why: _____

Current escrow payment:   $611.22          New escrow payment:   $690.51

### Part 2:  Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable rate note?

☑ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.  If a notice is not attached, explain why: _____

Current interest rate:  ____%        New interest rate:  ____%

Current principal and interest payment:  $1,273.14    New principal and interest payment:  $1,273.14

### Part 3:  Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*
Reason for change: _____

**Current mortgage payment:**  $1,884.36          **New mortgage payment:**  $1,963.65

Debtor 1  Marco Antonio Henry                    Case number (if known)  16-51736-mlo
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michael P. Hogan                             Date  09/14/2018
Signature

**Print:**  Michael P. Hogan    P63074         Title   Bankruptcy Attorney
First name   Middle Name   Last name

Company   SCHNEIDERMAN & SHERMAN, P.C.

Address   23938 Research Drive, Suite 300
Number      Street

Farmington Hills, Michigan 48335
City          State          Zip Code

Contact phone  248-539-7400          Email: mhogan@sspclegal.com

Disclaimer

Please note the "Present Payment" in the amount of $1,816.03 referenced in the Escrow Account Disclosure Statement attached to this Notice of Mortgage Payment Change is the payment the Debtor is contractually due for under the terms of the mortgage. However, the Debtor's current post-petition payment amount prior to the payment change reflected in this notice is $1,884.36 as set forth herein.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:   Chapter 13
   Case 16-51736-mlo
Marco Antonio Henry   Judge Oxholm
Elizabeth Arraiz-Henry

STATE OF MICHIGAN
COUNTY OF OAKLAND

**PROOF OF SERVICE**

I hereby certify that on the 14th day of September, 2018, I electronically filed the foregoing Notice of Mortgage Payment Change using the ECF system which will send notification of such filing to the following:

Brian J. Small
30150 Telegraph Rd.,
Suite 444
Bingham, MI 48025

Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

And I hereby certify that I have mailed by United States Postal Service to the following non-ECF participants:

Marco Antonio Henry
Elizabeth Arraiz-Henry
44036 Elm Drive
Sterling Heights, MI 48313

I certify under penalty of perjury that the foregoing is true and correct.

/S/ Michael P. Hogan
Michael P. Hogan (P63074)
mhogan@sspclegal.com
Attorney for Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335
248-539-7400



**seterus**™

PO Box 1077
Hartford, CT 06143-1077

**Representation Of Printed Document**

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
Phone

MARCO A HENRY
c/o BRIAN J SMALL ATT AT LAW
30150 TELEGRAPH RD STE 444
BINGHAM FARMS MI  48025-4549

### ESCROW ACCOUNT STATEMENT

Analysis Date: 08/28/18
Loan Number:

| | Current Payment | New Payment Effective 11/01/18 |
|---|---|---|
| Principal and Interest | $1,204.81 | Principal and Interest* $1,273.14 |
| Escrow | $611.22 | Escrow $631.15 |
| | | Escrow Shortage or Deficiency $59.36 |
| Total Current Payment | $1,816.03 | Total NEW Payment* $1,963.65 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments.  You will receive a separate notice for interest rate adjustments.

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan.  In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance.  Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months.  This payment will increase if you have a post-petition shortage and/or deficiency.  This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on August 24, 2016.  Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court.  Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS |
|---|
| November 2018 to October 2019 |
| MORTGAGE INS $558.96 |
| CITY $5,097.83 |
| HAZARD INS $1,917.00 |
| **Total Disbursements $7,573.79** |

| Bankruptcy File Date | August 24, 2016 |
|---|---|
| Pre-Petition Escrow Shortage/Deficiency as of Analysis Date | $654.03 |

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $1,065.11 |
| Post Petition Beg Bal* | | | | $1,719.14 |
| 11/01/2018 | 631.15 | 46.58- | MORTGAGE INS | 2,303.71 |
| 12/01/2018 | 631.15 | 46.58- | MORTGAGE INS | 2,888.28 |
| 12/01/2018 | 0.00 | 168.52- | CITY | 2,719.76 |
| 01/01/2019 | 631.15 | 46.58- | MORTGAGE INS | 3,304.33 |
| 02/01/2019 | 631.15 | 46.58- | MORTGAGE INS | 3,888.90 |
| 03/01/2019 | 631.15 | 46.58- | MORTGAGE INS | 4,473.47 |
| 04/01/2019 | 631.15 | 46.58- | MORTGAGE INS | 5,058.04 |
| 05/01/2019 | 631.15 | 46.58- | MORTGAGE INS | 5,642.61 |
| 05/01/2019 | 0.00 | 1,917.00- | HAZARD INS | 3,725.61 |
| 06/01/2019 | 631.15 | 46.58- | MORTGAGE INS | 4,310.18 |
| 07/01/2019 | 631.15 | 46.58- | MORTGAGE INS | 4,894.75 |
| 08/01/2019 | 631.15 | 46.58- | MORTGAGE INS | 5,479.32 |
| 08/01/2019 | 0.00 | 4,929.31- | CITY | 550.01 |
| 09/01/2019 | 631.15 | 46.58- | MORTGAGE INS | 1,134.58 |
| 10/01/2019 | 631.15 | 46.58- | MORTGAGE INS | 1,719.15 |
| **Total** | **$7,573.80** | **$7,573.79-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $1,262.30, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $550.01.

The escrow account has a pre-petition and post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account.  An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The pre-petition shortage and/or deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment. The projected beginning balance of your escrow account is $1,719.14. Your required beginning balance according to this analysis should be $2431.43. This means you have a post-petition shortage and/or deficiency of $712.29. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 12 installments and included this amount in your escrow payment.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law.  This cushion covers any potential increases in your tax and/or insurance disbursements.  Cushion selected by servicer: $1,262.30.

***Continued on Reverse***
INTERNET REPRINT

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from November 2017 to October 2018. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

### ACTUAL ESCROW ACCOUNT HISTORY

| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $2,253.41 | $2,151.46- |
| Date | | | | | | | |
| 11/01/17 | 586.63 | 0.00* | 46.58- | 46.58- | MORTGAGE INS | 2,793.46 | 2,198.04- |
| 12/01/17 | 586.63 | 568.19* | 46.58- | 46.58- | MORTGAGE INS | 3,333.51 | 1,676.43- |
| 12/01/17 | 0.00 | 0.00 | 165.07- | 168.52-* | CITY | 3,168.44 | 1,844.95- |
| 01/01/18 | 586.63 | 568.19* | 46.58- | 46.58- | MORTGAGE INS | 3,708.49 | 1,323.34- |
| 02/01/18 | 586.63 | 568.19* | 46.58- | 46.58- | MORTGAGE INS | 4,248.54 | 801.73- |
| 03/01/18 | 586.63 | 0.00* | 46.58- | 46.58- | MORTGAGE INS | 4,788.59 | 848.31- |
| 04/01/18 | 586.63 | 1,704.57* | 46.58- | 46.58- | MORTGAGE INS | 5,328.64 | 809.68 |
| 05/01/18 | 586.63 | 611.22* | 46.58- | 46.58- | MORTGAGE INS | 5,868.69 | 1,374.32 |
| 05/01/18 | 0.00 | 0.00 | 1,788.00- | 1,917.00-* | HAZARD INS | 4,080.69 | 542.68- |
| 06/01/18 | 586.63 | 0.00* | 46.58- | 46.58- | MORTGAGE INS | 4,620.74 | 589.26- |
| 07/01/18 | 586.63 | 0.00* | 46.58- | 46.58- | MORTGAGE INS | 5,160.79 | 635.84- |
| 08/01/18 | 586.63 | 5,500.98* | 46.58- | 46.58- | MORTGAGE INS | 5,700.84 | 4,818.56 |
| 08/01/18 | 0.00 | 0.00 | 4,527.58- | 4,929.31-* | CITY | 1,173.26 | 110.75- |
| 09/01/18 | 586.63 | 0.00* | 46.58- | 0.00* | MORTGAGE INS | 1,713.31 | 110.75- |
| 10/01/18 | 586.63 | 0.00* | 46.58- | 0.00 | MORTGAGE INS | 2,253.36 | 110.75- |
| **Total** | **$7,039.56** | **$9,521.34** | **$7,039.61-** | **$7,480.63-** | | | |

* indicates a difference from a previous estimate either in the date or the amount.
** indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COAG.GOV/CAR FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.