**Fill in this information to identify the case:**

Debtor 1   Marco Antonio Henry

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan

Case number  16-51736-mlo

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account:  8 7 2 6

**Date of payment change:**
Must be at least 21 days after date of this notice     11/01/2019

**New total payment:**                    $ 1,898.04
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 626.27          New escrow payment: $ 624.90

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%            New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Debtor 1 **Marco Antonio Henry**   Case number (if known) **16-51736-mlo**
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ **/s/ Molly Slutsky Simons**   Date **09/24/2019**
Signature

Print: **Molly Slutsky Simons**   Title **Attorney for Creditor**
First Name   Middle Name   Last Name

Company: **Sottile & Barile, Attorneys at Law**

Address: **394 Wards Corner Road, Suite 180**
Number   Street

**Loveland**   **OH**   **45140**
City   State   ZIP Code

Contact phone **513-444-4100**   Email **bankruptcy@sottileandbarile.com**

SN Servicing Corporation        Final
323 FIFTH STREET
EUREKA, CA 95501
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: September 21, 2019

MARCO A HENRY        Loan:
37599 RYAN RD        Property Address:
STERLING HEIGHTS MI 48310        37599 RYAN ROAD
       STERLING HEIGHTS, MI 48310

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Apr 2019 to Oct 2019. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2019: | Escrow Balance Calculation | |
|---|---|---|---|---|
| Principal & Interest Pmt: | 1,273.14 | 1,273.14 ** | Due Date: | Jul 01, 2019 |
| Escrow Payment: | 626.27 | 624.90 | Escrow Balance: | (2,837.52) |
| Other Funds Payment: | 0.00 | 0.00 | Anticipated Pmts to Escrow: | 2,505.08 |
| Assistance Payment (-): | 0.00 | 0.00 | Anticipated Pmts from Escrow (-): | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | Anticipated Escrow Balance: | ($332.44) |
| Total Payment: | $1,899.41 | $1,898.04 | | |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | 990.89 |
| Apr 2019 | | 1,252.54 | | * | | 0.00 | 2,243.43 |
| May 2019 | | 626.27 | | * | | 0.00 | 2,869.70 |
| May 2019 | | | | 2,065.00 * | Homeowners Policy | 0.00 | 804.70 |
| Jul 2019 | | 1,252.54 | | * | | 0.00 | 2,057.24 |
| Aug 2019 | | | | 4,894.76 * | City/Town Tax | 0.00 | (2,837.52) |
| | | | | | Anticipated Transactions | 0.00 | (2,837.52) |
| Sep 2019 | | 1,878.81 | | | | | (958.71) |
| Oct 2019 | | 626.27 | | | | | (332.44) |
| | $0.00 | $5,636.43 | $0.00 | $6,959.76 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date:   September 21, 2019

MARCO A HENRY                                           Loan: 

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (332.44) | 1,874.65 |
| Nov 2019 | 624.90 | | | 292.46 | 2,499.55 |
| Dec 2019 | 624.90 | | | 917.36 | 3,124.45 |
| Jan 2020 | 624.90 | | | 1,542.26 | 3,749.35 |
| Feb 2020 | 624.90 | 539.00 | City/Town Tax | 1,628.16 | 3,835.25 |
| Mar 2020 | 624.90 | | | 2,253.06 | 4,460.15 |
| Apr 2020 | 624.90 | | | 2,877.96 | 5,085.05 |
| May 2020 | 624.90 | 2,065.00 | Homeowners Policy | 1,437.86 | 3,644.95 |
| Jun 2020 | 624.90 | | | 2,062.76 | 4,269.85 |
| Jul 2020 | 624.90 | | | 2,687.66 | 4,894.75 |
| Aug 2020 | 624.90 | | | 3,312.56 | 5,519.65 |
| Sep 2020 | 624.90 | 4,894.76 | City/Town Tax | (957.30) | 1,249.79 |
| Oct 2020 | 624.90 | | | (332.40) | 1,874.69 |
| | $7,498.80 | $7,498.76 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 1,249.79.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 1,249.79 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (332.44).  Your starting balance (escrow balance required) according to this analysis should be $1,874.65.  This means you have a shortage of 2,207.09.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 7,498.76.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 624.90 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $624.90 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 16-51736-mlo |
| Marco Antonio Henry | Chapter 13 |
| Debtor. | Judge Maria L. Oxholm |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on September 24, 2019 to the following:

Marco Antonio Henry, Debtor
44036 Elm Drive
Sterling Heights, MI 48313

Brian J. Small, Debtor's Counsel
bankruptcy@thavgross.com

Tammy L. Terry, Chapter 13 Trustee
mieb_ecfadmin@det13.net

United States Trustee's Office
(registeredaddress)@usdoj.gov

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor